**Nancy FARLEY, Appellant,**

v.

**MONARK EGG CORPORATION, Second Injury Fund, Respondents.**

**No. WD 54927.**

Missouri Court of Appeals,
Western District.

May 12, 1998.

Motion for Rehearing and/or Transfer to Supreme Court Denied June 30, 1998.

Application for Transfer Denied Aug. 25, 1998.

Stanley Wiles, Kansas City, for Appellant.

D'Ambra Howard, Overland Park, KS, for Monark Egg Corp.

Amy Glaser, Kansas City, for Second Injury Fund.

Before HANNA, P.J., and HOWARD and EDWIN H. SMITH, JJ.

## ORDER

PER CURIAM.

Nancy Farley appeals from the Labor & Industrial Relations Commission's denial of her motion to amend the final order of the workers' compensation decision. Affirmed. Rule 84.16(b).